*Meade Fletcher* filed a memorandum for the Reconstruction Finance Corporation.

No. 673. HARRISON, COLLECTOR OF INTERNAL REVENUE, *v.* GREYVAN LINES, INC. December 16, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Acting Solicitor General Washington* for petitioner. *Wilbur E. Benoy* and *Robert Driscoll* for respondent.

No. 781. UNITED MINE WORKERS OF AMERICA *v.* UNITED STATES; and

No. 782. LEWIS *v.* UNITED STATES. December 16, 1946. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. *Welly K. Hopkins, Edmund Burke, T. C. Townsend, Harrison Combs, M. E. Boiarsky, Joseph A. Padway, Henry Kaiser* and *James A. Glenn* for petitioners. Reported below: See 70 F. Supp. 42.

No. 674. COMMISSIONER OF INTERNAL REVENUE *v.* MUNTER; and

No. 675. COMMISSIONER OF INTERNAL REVENUE *v.* MUNTER. December 16, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Acting Solicitor General Washington* for petitioner. *Samuel Kaufman* for respondents. Reported below: 157 F. 2d 132.

No. 680. CHAMPION SPARK PLUG CO. *v.* SANDERS ET AL., DOING BUSINESS AS PERFECT RECONDITION SPARK PLUG